```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

DERRICK SPENCER,                    :
                                    :
    Plaintiff,                      :
                                    :
    v.                              :    CASE NO. 3:11CV50(RNC)
                                    :
NURSE KENNEY, et al.,               :
                                    :
    Defendant.                      :

### SCHEDULING ORDER

On August 13, 2013, the court ordered the plaintiff and defense counsel to file a joint status report detailing what remains to be done in the case and whether a settlement conference would be productive. (Doc. #35.) In response, the parties filed a Joint Status Report stating that they agree that (1) the plaintiff shall serve discovery by September 5, 2013, to which defendants shall respond or object within thirty days; (2) the defendant's motion for summary judgment shall be filed by September 30, 2013; and (3) a settlement conference is unlikely to be productive at the present time. (Doc. #38.) The proposed dates are reasonable and are adopted. The parties' Joint Trial Memorandum shall be filed 30 days after the court rules on the motion for summary judgment. If at any time, the parties wish to have a settlement conference, they may request one by contacting chambers.

SO ORDERED at Hartford, Connecticut this 3rd day of September, 2013.

                               _____/s/_____
                               Donna F. Martinez
                               United States Magistrate Judge